# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| EUGENE SCALIA, Secretary of Labor, United States Department of Labor,[1]<br><br>Plaintiff,<br><br>vs.<br><br>JASON B. ALEXANDER, d/b/a THE FLIPPIN SWEET EATERIES a/k/a DASH PIZZERIA, A FLIPPIN SWEET JOINT a/k/a THE FLIPPIN SWEET PIZZERIA & BURGER JOINT,<br><br>Defendants. | 7:19CV5005<br><br>ORDER |

      This matter is before the Court on the Motion to Withdraw as Counsel for Defendants (Filing No. 23) filed by Tanya Hansen. After review of her motion and brief, the Court will grant her motion. Accordingly,

**IT IS ORDERED:**

1. The Motion to Withdraw as Counsel (Filing No. 23) is granted. Tanya Hansen shall be permitted to withdraw from her representation of the defendants.

2. Tanya Hansen shall immediately serve copies of this Order on the defendants, and thereafter file proof of service showing compliance with this Order, listing the names and addresses of the persons to whom notice was sent. Tanya Hansen will not be relieved of applicable duties to the Court, her clients, and opposing counsel until such proof of service is filed. Upon submission of such proof of service, Tanya Hansen's appearance as counsel of record for the defendants will be terminated, and the Clerk of Court shall terminate electronic notice to her in this case.

3. A corporate entity cannot litigate in this forum without representation by licensed counsel. See *Knoefler v. United Bank of Bismarck*, 20 F.3d 347, 347-48 (8th Cir. 1994). Therefore, on or before **March 27, 2020**, Jason B. Alexander d/b/a The Flippin Sweet Eateries a/k/a Dash Pizzeria a/k/a The Flippin Sweet Pizzeria & Burger Joint, shall

---

[1] Eugene Scalia is the current Secretary of Labor. Pursuant to Federal Rule of Civil Procedure 25(d), Eugene Scalia is automatically substituted as a party for Patrick Pizzella, former Acting Secretary of Labor.

obtain the services of new counsel and have that attorney file an appearance on the defendants' behalf.  If substitute counsel does not enter an appearance on behalf of the defendants, by that date, the Court may file an entry and/or judgment of default against them without further notice.

Dated this 25th day of February, 2020.

BY THE COURT:

Michael D. Nelson
United States Magistrate Judge