IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| EUGENE SCALIA, Secretary of Labor, United States Department of Labor,<br><br>Plaintiff,<br><br>vs.<br><br>JASON B. ALEXANDER, d/b/a THE FLIPPIN SWEET EATERIES a/k/a DASH PIZZERIA, A FLIPPIN SWEET JOINT a/k/a THE FLIPPIN SWEET PIZZERIA & BURGER JOINT,<br><br>Defendants. | 7:19CV5005<br><br>ORDER |

A status conference was held by telephone before the undersigned magistrate judge on May 22, 2020. Dana M. Hague appeared on behalf of Plaintiff. Jason B. Alexander, pro se, appeared on behalf of the defendants. In accordance with the matters discussed during the status conference,

**IT IS ORDERED**:

1. The pretrial conference set for August 17, 2020, is cancelled, and will be reset at a later date. Remaining case progression deadlines are stayed through **July 17, 2020**.

2. Because a corporate entity cannot litigate in this forum without representation by licensed counsel, the corporate defendant must have licensed counsel enter an appearance on its behalf. Failure to obtain licensed counsel by July 17, 2020, may result in entry and/or judgment of default against it.

3. The status conference to discuss case progression remains set with the undersigned magistrate judge on **July 17, 2020**, at **11:00 a.m.** by telephone. Counsel shall use the conferencing instructions assigned to this case to participate in the conference.

Dated this 22nd day of May, 2020.

BY THE COURT:

s./Michael D. Nelson
United States Magistrate Judge