**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA**

| | |
|---|---|
| EUGENE SCALIA, Secretary of Labor, United States Department of Labor,<br><br>**Plaintiff,**<br><br>vs.<br><br>JASON B. ALEXANDER, d/b/a THE FLIPPIN SWEET EATERIES a/k/a DASH PIZZERIA, A FLIPPIN SWEET JOINT a/k/a THE FLIPPIN SWEET PIZZERIA & BURGER JOINT,<br><br>**Defendants.** | 7:19CV5005<br><br>ORDER |

      On May 22, 2020, following a telephone conference held with counsel for the plaintiff and with the defendant, Jason B. Alexander, pro se, the Court entered an order that stayed case deadlines, required Mr. Alexander to obtain licensed counsel to represent the corporate entity by July 17, 2020, and scheduled a telephonic status conference to take place today, July 17, 2020, at 11:00 a.m. before the undersigned magistrate judge. (Filing No. 28 - Order; Filing No. 29 - Audio File). Counsel for the plaintiff appeared for the scheduled conference, but Mr. Alexander did not participate in the telephone conference or otherwise notify the Court that he would be unable to appear. Counsel for the plaintiff represented to the Court that she has not been in contact with Mr. Alexander since the date of the previous telephone conference. Mr. Alexander also failed to obtain licensed counsel to represent the corporate defendant entity. Under the circumstances,

      **IT IS ORDERED**:

1. The status conference to discuss case progression is rescheduled before the undersigned magistrate judge on **July 31, 2020**, at **10:00 a.m.** by telephone. Counsel and the pro se defendant shall use the conferencing instructions assigned to this case to participate in the conference.

2. The defendants are notified that further failure to appear at scheduled telephone hearings or comply with court orders, including the requirement that corporate entities be represented by licensed counsel, may result in appropriate sanctions, including entry and/or judgment of default against them.

Dated this 17th day of July, 2020.

                                            BY THE COURT:

                                            s/Michael D. Nelson
                                            United States Magistrate Judge