# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| EUGENE SCALIA, Secretary of Labor, United States Department of Labor,<br><br>**Plaintiff,**<br><br>vs.<br><br>**JASON B. ALEXANDER, d/b/a THE FLIPPIN SWEET EATERIES a/k/a DASH PIZZERIA, A FLIPPIN SWEET JOINT a/k/a THE FLIPPIN SWEET PIZZERIA & BURGER JOINT,**<br><br>**Defendants.** | **7:19CV5005**<br><br>**ORDER TO SHOW CAUSE** |

On May 22, 2020, following a telephone conference held with counsel for the plaintiff and with the defendant, Jason B. Alexander, pro se, the Court entered an order that stayed case deadlines, required Mr. Alexander to obtain licensed counsel to represent the corporate entity defendant by July 17, 2020, and scheduled a telephonic status conference to take place on July 17, 2020, at 11:00 a.m. before the undersigned magistrate judge. (Filing No. 28 - Order; Filing No. 29 - Audio File). Counsel for the plaintiff appeared for the scheduled conference, but Mr. Alexander did not participate in the telephone conference or otherwise notify the Court that he would be unable to appear. Therefore, the Court entered an Order on July 17, 2020, rescheduling the telephone conference for today, July 31, 2020, at 10:00 a.m. The Clerk of Court mailed Mr. Alexander a copy of the Order.

The Court held the telephone conference as scheduled on July 31, 2020. Counsel for the plaintiff appeared for the conference, but Mr. Alexander again did not participate in the telephone conference or otherwise notify the Court that he would be unable to appear. During the call, counsel for the plaintiff represented to the Court that she had also mailed Mr. Alexander notice of the telephone conference and left Mr. Alexander a voicemail regarding the conference. Counsel for the plaintiff still has received no contact from Mr. Alexander since May 22, 2020, and Mr. Alexander still has not had licensed counsel enter an appearance on behalf of the corporate defendant entity. Under the circumstances,

**IT IS ORDERED** that Defendants shall have until **August 17, 2020,** to show cause why entry and/or judgment of default should not be entered against them for failure to comply with court orders. The failure to timely comply with this order will result in the recommendation that entry and/or judgment of default be entered against them.

Dated this 31st day of July, 2020.

BY THE COURT:

s/Michael D. Nelson
United States Magistrate Judge