## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| EUGENE SCALIA, Secretary of Labor;<br><br>              Plaintiff,<br><br>     vs.<br><br>JASON B. ALEXANDER, d/b/a THE FLIPPIN SWEET EATERIES, a/k/a DASH PIZZERIA A FLIPPIN SWEET JOINT, a/k/a THE FLIPPIN SWEET PIZZERIA & BURGER JOINT,<br><br>              Defendants. | **7:19CV5005**<br><br>**MEMORANDUM<br>AND ORDER** |

Due to the Defendants' failure to appear and comply with court orders, the Clerk of Court entered the Defendants' default (Filing 34) pursuant to Fed. R. Civ. P. 55(a) on August 27, 2020. The Plaintiff has now filed a Motion for Default Judgment (Filing 36), along with supporting evidence and a brief (Filings 37 & 38).

IT IS ORDERED:

1.    The Defendants shall respond to the Plaintiff's Motion for Default Judgment (Filing 36) on or before January 8, 2021. If no response is filed, the Plaintiff's Motion for Default Judgment shall be taken up on the materials contained in the court file without a hearing; and

2.    The Clerk of Court shall send a copy of this Memorandum and Order to the Defendants' last-known addresses.

DATED this 9th day of December, 2020.

BY THE COURT:

*Richard G. Kopf*

Richard G. Kopf
Senior United States District Judge